**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Raymond Edward CHESTNUT, a/k/a Snoop, a/k/a Ray, Defendant–Appellant.**

**No. 14–7265.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Raymond Edward Chestnut, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's orders denying without prejudice his motion to correct the presentence investigation report and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chestnut,* No. 4:05–cr–01044–RBH–1 (D.S.C. Aug. 1 & Aug. 18, 2014).

Chestnut's motions for appointment of counsel and for preparation of a transcript at Government expense are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*